Case Number 5:24-CR-20563

Case: 5:25-mc-51200
Assigned To : Levy, Judith E.
Referral Judge: Grand, David R.
Assign. Date : 9/23/2025

Dear United States District Court,
Clerk of the Court Eastern District of Michigan
My name is Jalen Richardson I got a letter in mail saying a firearm of mines has been found im writing this to say I would like my firearm which is a Glock 26 9mm serial number AFSD049 returned to me again I would like my firearm returned to me thank you.

I signed this under penalty of perjury

x Jalen Rich———

Jalen Richardson
1654 E. Outer Drive
Detroit, Michigan 48204

new mc case

United States District Court
Clerk of the Court Eastern District
Of Michigan
231 W. Lafayette
Detroit, Michigan 48226

METROPLEX MI 480
20 SEP 2025 PM 2 L

48226-279426

RECEIVED
SEP 23 2025
CLERK'S OFFICE
U.S. DISTRICT COURT